UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH HERRERA, | 1:09-CV-00248 OWW DLB |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| RWD TECHNOLOGIES, LLC, POPULUS GROUP, LLC, | |
| Defendant. | |

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice, each party to bear its/his or her own fees and costs.

IT IS SO ORDERED.

**Dated:   March 27, 2009**           /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE